**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**John E. MILTON, III, Also Known as Boo Milton, Defendant–
Appellant.**

**No. 11–30229
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 19, 2011.

Robert William Piedrahita, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Baton Rouge, LA, for Plaintiff–Appellee.

John E. Milton, III, Talladega, AL, pro se.

Before DAVIS, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

John E. Milton, III, federal prisoner # 24395–034, was convicted of conspiring to possess crack and powder cocaine with intent to distribute. He challenges the

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

denial of a motion that he labeled as arising under Federal Rule of Criminal Procedure 36. His request for a certificate of appealability is DENIED as unnecessary, because he is not challenging "the final order in a proceeding under" 28 U.S.C. § 2255. *See* 28 U.S.C. § 2253(c)(1)(B).

In his filing with this court, Milton contends that relief under Rule 36 is proper because his arguments concerning the district court's alleged failure to comply with certain portions of Federal Rule of Criminal Procedure 32 relate to ministerial matters. We disagree and discern no error in the district court's holding that Milton's motion, which raised a claim that did not pertain to a clerical matter and that could have been presented earlier, was an unauthorized successive § 2255 motion. *See United States v. Orozco–Ramirez,* 211 F.3d 862, 867 (5th Cir.2000); *United States v. Key,* 205 F.3d 773, 774 (5th Cir.2000); 28 U.S.C. § 2255(h).

The judgment is AFFIRMED, and Milton's motion to proceed *in forma pauperis* is DENIED.